an undertaking with corporate surety to secure the payment of $250 plus interest, costs and disbursements; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of EDWARD L. FROST, as Executor and Trustee, etc., of JOHN T. WOOLLEY, Deceased. ALLETTA M. FROST, Executrix of Deceased Executor, Appellant; MARY J. WOOLLEY, Beneficiary, and MARY J. WOOLLEY and BANK OF MANHATTAN TRUST COMPANY, Successor Trustees, Respondents and Appellants.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

IDA KURLAND and Others, Respondents, v. LOUIS CHERNOBIL, Defendant, and GEORGE LEHMANN, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ. Settle order on notice.

ANDRUS LOUMARES, Respondent, v. ADOLF GOBEL, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

CARL MACK, Respondent, v. MACK LOCK Co., INC., and Others, Appellants.— Motion to dismiss appeal or to vacate stay denied upon condition that appellants perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

JAMES H. MACLAUCHLAN, Respondent, v. HENRY M. BEHRE and SURETY ENGINEERING Co., INC., Appellants.— Motion to amend order dated October 16, 1931, granted. Order signed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

McCONIHE REALTY COMPANY, Respondent, v. HENRY SCHARNBERGER, INC., Appellant, Impleaded with Others, Defendants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

JACOB MECHANECK, Appellant, v. LOUIS SENDROWITZ and Others, Respondents. — Motion to enlarge time to the January, 1932, term granted pursuant to stipulation filed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

PATRICK J. MEE, Individually and as Executor, etc., of CATHERINE C. DEVINE, Also Known as CATHERINE DEVINE, Deceased, Respondent, v. ADEL HALL, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Monday, November thirtieth (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

NEW YORK FOUNDATION, Appellant, v. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: Does the complaint state a cause of action? Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. THE CITY OF NEW